**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
FEDERAL BUILDING & COURTHOUSE
228 WALNUT STREET, P.O. BOX 847
HARRISBURG, PA 17108-0847

_____

**OFFICIAL BUSINESS**

CHRISTOPHER C. CONNER                                                                TEL (717) 221-3945
   CHIEF JUDGE                                                                                         FAX (717) 221-3949

October 31, 2016

Thomas I. Puleo, Esquire
KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106-1532

     *Re:*    *United States of America v. Stephanie Hipkins and Richard Ray Hipkins*
             Civil Action No. 1:16-CV-2175

     The referenced action has been assigned to me.  If service of the initial pleading is not made within the time allotted by the rules of procedure, a status report shall be submitted to the court addressing the reasons for the delay and the course of action being taken.

     Once joinder of this matter has been accomplished, the court will issue an order setting a time and date for a mandatory conference between counsel for all parties and the court.  Such a conference is mandated by Rule 16 of the Federal Rules of Civil Procedure.  The purpose of this conference is to establish deadlines for the management of this case.  The order scheduling the conference will inform the parties in more detail of their responsibilities in preparation for this conference.  Accordingly, it is essential that the answer (or other responsive pleading/motion) be filed in the time provided for in the Federal Rules of Civil Procedure.  To this end, counsel, as well as pro se litigants, are admonished not to enter into agreements for extensions of time without also seeking court approval.  The court will not honor such agreements standing alone.

     The parties are advised to comply fully with Rule 26 and other provisions of the Federal Rules of Civil Procedure.  Counsel shall not cease active discovery efforts pending disposition of a motion to dismiss.

     Any inquiries you have concerning this case and its progress should be directed to Kimberly McKinney, Deputy Clerk of Court, P.O. Box 983, Federal Building, Harrisburg, Pennsylvania, telephone number (717) 221-3941.

                                        Sincerely,

                                       S/ Christopher C. Conner
                                      CHRISTOPHER C. CONNER, Chief Judge
                                      United States District Court

cc:     Clerk of Court