## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVL ACTION NO. 1:16-CV-2175** |
| **Plaintiff** | : | |
| | : | **(Chief Judge Conner)** |
| v. | : | |
| | : | |
| **STEPHANIE HIPKINS and** | : | |
| **RICHARD RAY HIPKINS,** | : | |
| **Defendants** | : | |

## **O R D E R**

AND NOW, this 6th day of February, 2017, upon consideration of plaintiff's motion (Doc. 4) and affidavit, to the satisfaction of the Court, that the defendants, STEPHANIE HIPKINS and RICHARD RAY HIPKINS, cannot, upon diligent inquiry, be found so as to be personally served with the Summons and Complaint in Mortgage Foreclosure, the object of which is to foreclose on a real estate mortgage held by the Plaintiff, against real property located within the Middle District of Pennsylvania, situated at 1300 Siloam Road, Chambersburg, PA 17201, it is hereby ORDERED that said motion is GRANTED.  The Summons and Complaint in Mortgage Foreclosure may be served on the Defendants by Plaintiff or its agent by posting a copy of the Summons and Complaint in Mortgage Foreclosure on the property to be foreclosed, in accordance with F.R.C.P. 4(e)(1) and Pa. R.C.P. 430(a) and 410(c)(2), and by regular and certified mail, addressed to Defendants' last known address, 1573 Lee Street, Chambersburg, PA  17201-8321.  Service shall be completed upon posting or upon mailing, whichever occurs later.

        /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania