# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA; et seq.**
**Plaintiff (Petitioner)**

**CASE and/or DOCKET No.: 16-02175**

**Sheriff's Sale Date:** _____

V.

**STEPHANIE HIPKINS RICHARD RAY HIPKINS; et al.**
**Defendant (Respondent)**

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served RICHARD RAY HIPKINS the above process on the 22 day of February, 2017, at 7:15 o'clock, PM, at 1300 SILOAM ROAD CHAMBERSBURG, PA 17201, County of Franklin, Commonwealth of Pennsylvania:

**Manner of Service:**

[✓] By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of __Pa__ )
) SS:
County of __Berks__ )

Before me, the undersigned notary public, this day, personally appeared __Jeffrey Clohessy__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-162152
Case ID #: 4821128

Subscribed and sworn to before me
this __23__ day of __Feb__, 20__17__.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 16-02175

Sheriff's Sale Date: _____

v.

STEPHANIE HIPKINS AND RICHARD RAY HIPKINS; et al.
Defendant (Respondent)

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served STEPHANIE HIPKINS the above process on the 14 day of February, 2017, at 6:00 o'clock, PM, at 1300 SILOAM ROAD CHAMBERSBURG, PA 17201, County of Franklin, Commonwealth of Pennsylvania:

**Manner of Service:**

[✓] By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of **PA** )
) SS:
County of **Berks** )

Before me, the undersigned notary public, this day, personally appeared **Jeffrey Clohessy** to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-162152
Case ID #: 4812268

Subscribed and sworn to before me
this **15** day of **Feb**, 20**17**.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

PCO / BriHni A

| USPS Manifest Mailing System | | | | | | Page 1 | |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>5824-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703800759580<br>9171999991703800759580 | HIPKINS, RICHARD RAY<br>1573 Lee St.<br>Chambersburg, PA 17201 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800759597<br>9171999991703800759597 | HIPKINS, STEPHANIE<br>1573 Lee St<br>Chambersburg, PA 17201 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800759603<br>9171999991703800759603 | HIPKINS, RICHARD RAY<br>1300 Siloam Road<br>Chambersburg, PA 17201 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800759610<br>9171999991703800759610 | HIPKINS, STEPHANIE<br>1300 Siloam Road<br>Chambersburg, PA 17201 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800759627<br>9171999991703800759627 | LADOUCEUR SR., JEAN M.<br>P.O. Box 20802<br>Philadelphia, PA 19141 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800759634<br>9171999991703800759634 | LADOUCEUR SR., JEAN M.<br>800 Pardee Ln<br>Wyncote, PA 19095 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800759641<br>9171999991703800759641 | LADOUCEUR SR., JEAN M.<br>4231 Rhawn St<br>Philadelphia, PA 19136 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800759658<br>9171999991703800759658 | LADOUCEUR SR., JEAN M.<br>4862 North 15th Street<br>Philadelphia, PA 19141 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800759665<br>9171999991703800759665 | LADOUCEUR SR., JEAN M.<br>4862 North 15th Street<br>Philadelphia, PA 19141 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| Page Totals<br>Cumulative Totals | | 9<br>9 | 8.32<br>8.32 | 43.65<br>43.65 | | | 51.97<br>51.97 |

(USPS Continental Station, Phila PA 19106, FEB -9 2017 postmark)

| USPS Manifest Mailing System | | Page 2 |
|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123 | MAC Ver. Number<br>ConnectShip Progistics 6.5 |
| | Sequence Number<br>5824-1 | Class of Mail<br>Mixed |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____   Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)

Extra Service Codes:
C     Certified
ERR   Return Receipt



| Name and Address of Sender KML LAW GROUP, P.C. SUITE 5000 701 MARKET STREET PHILADELPHIA, PA 19106-1532 | Check type of mail or service: ☐ Certified ☐ COD ☐ Delivery Confirmation ☐ Express Mail ☐ Insured | ☐ Recorded Delivery (International) ☐ Registered ☐ Return Receipt for Merchandise ☐ Signature Confirmation | | | Affix Stamp Here (If issued as a certificate of mailing; or for additional copies of this bill) Postmark and Date of Receipt | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee | | |
| 1. | | | | | | | | | | | | | | | |
| 2. | TO STEPHANIE HIPKINS HIPKINS, STEPHANIE 1300 Siloam Road Chambersburg, PA 17201 | | | | | | | | | | | | | | |
| 3. | TO RICHARD HIPKINS HIPKINS, RICHARD RAY 1300 Siloam Road Chambersburg, PA 17201 | | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | | | |
| 5. | TO STEPHANIE HIPKINS HIPKINS, STEPHANIE 1573 Lee St Chambersburg, PA 17201-8321 | | | | | | | | | | | | | | |
| 6. | TO RICHARD HIPKINS HIPKINS, RICHARD RAY 1573 Lee St. Chambersburg, PA 17201-8321 | | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) | Complete by Typewriter, Ink, or Ball Point Pen | See Privacy Act Statement on Reverse

U.S. POSTAGE » PITNEY BOWES
$ 001.95⁰
ZIP 19106
02 1W
0001391829 FEB. 09 2017

PS Form 3877, February 2002 (Page 1 of 2)

USA-162152   Franklin County Sale Date:

STEPHANIE HIPKINS & RICHARD RAY HIPKINS

PCO - Back to Brittni Augustin