# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>     Plaintiff<br>v.<br><br>STEPHANIE HIPKINS<br>RICHARD RAY HIPKINS<br>     Defendants | Civil Action No: 16-02175 |

## DEFAULT

AND NOW, this 17th day of March, 2017, default is hereby entered against defendant, STEPHANIE HIPKINS and RICHARD RAY HIPKINS for failure to answer, plead or otherwise defend against the Complaint, pursuant to Federal Rule of Civil Procedure 55(a).

Peter J. Welsh, Acting
_____
Clerk, U.S. District Court

_____
Deputy Clerk