OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

RECEIVED
HARRISBURG, PA
APR 17 2017

Stephanie and Richard Ray Hipkins
1300 Siloam Road
Chambersburg, PA 17201

Case Number: 1:16-cv-02175-CCC Document Number: 12 User: KI Printed: 4/12/2017 10:57:31 AM

Stephanie and Richard Ray Hipkins
1300 Siloam Road
Chambersburg, PA 17201