# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CIVIL ACTION NO. 1:16-CV-2175 |
| Plaintiff | : | |
| | : | **(Chief Judge Conner)** |
| v. | : | |
| | : | |
| **STEPHANIE HIPKINS and** | : | |
| **RICHARD RAY HIPKINS,** | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 22nd day of November, 2017, upon consideration of plaintiff's motion for confirmation of public sale (Doc. 15), which states that notice has been given to all lien holders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby ORDERED that:

1. The public sale held on October 19, 2017, is hereby confirmed and the interest of all lienholders are divested.

2. The United States Marshal is ordered and directed to execute and deliver to George Pogue, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of STEPHANIE HIPKINS and RICHARD RAY HIPKINS, in and to the premises sold located at 1300 Siloam Road, Chambersburg, Pennsylvania, 17201.

3. The Deed shall be recorded by the Purchaser within thirty (30) days of its delivery to the Purchaser by the Marshal. The Purchaser is solely responsible for payment of all recording charges and expenses.

4. The Clerk of Court is directed to mark this matter CLOSED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania