# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CIVIL ACTION NO. 1:16-CV-2175 |
| **Plaintiff** : | |
| : | **(Chief Judge Conner)** |
| v. : | |
| : | |
| **STEPHANIE HIPKINS AND** : | |
| **RICHARD RAY HIPKINS,** : | |
| **Defendants** : | |

## **ORDER**

AND NOW, this 20th day of December, 2017, upon consideration of plaintiff's application for distribution of proceeds (Doc. 17) from the sale of real property located at 1300 Siloam Road, Chambersburg, PA 17201, and of the order of court dated November 22, 2017 (Doc. 16), confirming the sale of that property, it is hereby ORDERED that said application (Doc. 17) is GRANTED. The United States Marshal is directed to distribute the proceeds of the sale in accordance with the schedule of distribution (see Doc. 17).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania